RICHARD A. JONES, ESQ. (SBN  117679)
JARRICK S. GOLDHAMER, ESQ. (SBN 299638)
LAW OFFICES OF RICHARD A. JONES
laurie@ricjoneslegal.com
1820 E. 17th Street
Santa Ana, California  92705
Telephone:  714-480-0200
Facsimile:  714-480-0423

Attorneys for Plaintiff: Reece Alexander Gembel

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| REECE ALEXANDER GEMBEL,<br><br>Plaintiff,<br><br>vs.<br><br>JIMMIE JOHNSON AUTOMOTIVE, INC. (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), EDWARD JOHN BROWN III (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), KIRK RAYMOND HEPPLER (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), EAN HOLDINGS, LLC, ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, DANIELLE VIZCAINO, and DOES 1-10, inclusive,<br><br>Defendants. | CASE No:<br><br>**Assigned to:  '17CV2429 DMS NLS**<br><br>COMPLAINT FOR DAMAGES:<br>   (1) NEGLIGENCE<br>   (2) NEGLIGENT ENTRUSTMENT<br><br>Demand for Jury Trial |

**COMES NOW**, REECE ALEXANDER GEMBEL (hereafter referred to as

"Plaintiff"), by and through his counsel, and respectfully files this Complaint against

defendants, EDWARD JOHN BROWN III (a general partner d/b/a "JIMMIE JOHNSON

KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), KIRK

RAYMOND HEPPLER (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA

CHEVROLET" and "KEARNY MESA CHEVROLET"), JIMMIE JOHNSON

1

COMPLAINT

1  RAYMOND HEPPLER (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA
2  CHEVROLET" and "KEARNY MESA CHEVROLET"), JIMMIE JOHNSON
3  AUTOMOTIVE, INC. (a general partner d/b/a "JIMMIE JOHNSON KEARNY MESA
4  CHEVROLET" and "KEARNY MESA CHEVROLET"), EAN HOLDINGS, LLC,
5  ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC, and DANIELLE
6  VIZCAINO (hereinafter collectively referred to as "Defendants"),

7      In support hereof, Plaintiff would state and show the following:

8  **I.  NATURE OF THE ACTION**

9      1.  This is a personal injury action brought against Defendants, for negligence
10  and negligent entrustment of a vehicle which resulted in a motor vehicle accident which
11  directly and proximately caused seriously personal injuries to Plaintiff and damages on
12  December 4, 2016.

13  **II.  PARTIES**

14      2.  Plaintiff, REECE ALEXANDER GEMBEL is a resident and a citizen of
15  Auburn, Alabama.

16      3.  At all relevant times mentioned herein, Defendant, EDWARD JOHN
17  BROWN III, believed to reside in the State of North Carolina, is a general partner of a
18  partnership organized in the State of North Carolina and doing business as the fictitious
19  names "JIMMIE JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA
20  CHEVROLET" in San Diego, California.

21      4.  KIRK RAYMOND HEPPLER, believed to reside in the State of California,
22  is a general partner of a partnership doing business as the fictitious names "JIMMIE
23  JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET" in
24  San Diego, California.

25      5.  JIMMIE JOHNSON AUTOMOTIVE, INC. is a corporation whose
26  principal office for business is located in Charlotte, North Carolina, is registered as a
27  foreign corporation doing business in California, and is a general partner of a partnership
28  doing business as the fictitious names "JIMMIE JOHNSON KEARNY MESA

2<br>COMPLAINT

c:\users\jarrickg\documents\ric\gembel\compla

CHEVROLET" and "KEARNY MESA CHEVROLET" in San Diego, California, and service of process upon this Defendant may be had by serving CSC-Lawyers Incorporating Service, 2730 Gateway Oaks Drive, #100, Sacramento, CA 95833.

6. Defendant EAN HOLDINGS, LLC is a Limited Liability Company, organized in Delaware, with its principal office in St. Louis, Missouri. Process of service upon this Defendant may be had by serving its registered agent for service of process, CT Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

7. Defendant, ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC is a Limited Liability Company organized in the State of Delaware with its principal office in Orange, California. Process of service upon this Defendant may be had by serving its registered agent for service of process, CT Corporation System, 818 West Seventh Street, Suite 930, Los Angeles, California 90017.

8. Defendant DANIELLE VIZCAINO is a resident and citizen of Milwaukee, Wisconsin.

9. The true names and capacities, whether individual, plural, corporate, partnership, associate, or otherwise, of DOES 1 through 10, inclusive, are unknown to Plaintiff who therefore sues said Defendants by such fictitious names. The full extent of the facts linking such fictitiously sued Defendants is unknown to Plaintiff. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as a DOE was, and is, negligent, or in some other actionable manner, responsible for the events and happenings hereinafter referred to, and thereby negligently, or in some other actionable manner, legally and proximately caused the hereinafter described injuries and damages to Plaintiff. Plaintiff will hereafter seek leave of the Court to amend this Complaint to show the Defendants' true names and capacities after the same have been ascertained. Plaintiff is informed and believes, and thereon alleges, that at all times mentioned herein, Defendants and DOES 1 through 10, inclusive, and each of them, were agents, servants, employees, successors in interest, and/or joint venturers of their co-Defendants, and were, as such, acting within the course, scope, and authority of said

COMPLAINT

1  agency, employment, and/or venture, and that each and every Defendant, as aforesaid,

2  when acting as a principal, was negligent in the selection and hiring, training, and

3  supervision of each and every other Defendant as an agent, servant, employee, successor

4  in interest, and/or joint venturer.

5  **III.  JURSIDICTION AND VENUE**

6  10.  Venue is proper in this Court and in this division because the subject

7  accident occurred on the United States Military Camp Pendleton, there is a diversity of

8  citizenship since Plaintiff is a resident of Alabama and the Defendants have resident

9  status in California, Delaware, Missouri, North Carolina and Wisconsin.  This Court has

10  jurisdiction over the lawsuit under the provisions of 28 U.S.C. § 1332.

11  11.  The matter in controversy exceeds the sum or value of $75,000, exclusive

12  of interest and costs.

13  **IV.  GENERAL ALLEGATIONS**

14  12.  Prior to December 4, 2016, Defendant VIZCAINO took her personal

15  vehicle to Defendants EDWARD JOHN BROWN III (a general partner d/b/a "JIMMIE

16  JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"),

17  KIRK RAYMOND HEPPLER (a general partner d/b/a "JIMMIE JOHNSON KEARNY

18  MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), and JIMMIE

19  JOHNSON AUTOMOTIVE, INC. (a general partner d/b/a "JIMMIE JOHNSON

20  KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET"), (hereinafter

21  "JIMMIE JOHNSON CHEVROLET") and DOES 1 through 5, and each of them, for

22  repairs of damages cause by a prior motor vehicle accident.

23  13.  Defendants JIMMIE JOHNSON CHEVROLET and DOES 1 through 5,

24  and each of them, failed to fix damages to Defendant VIZCAINO's vehicle by the

25  expected completion date.

26  14.  Because Defendants JIMMIE JOHNSON CHEVROLET and DOES 1

27  through 10, and each of them, failed to complete the repairs on time, Defendants JIMMIE

28  JOHNSON CHEVROLET and DOES 1 through 5, and each of them, arranged for and

4

COMPLAINT

1   paid for a rental vehicle for Defendant VIZCAINO's use until they could complete the
2   repairs.

3        15.    The subject vehicle was owned by Defendant EAN HOLDINGS, LLC.

4        16.    The subject vehicle was rented by Defendants JIMMIE JOHNSON
5   CHEVROLET and DOES 1 through 5, and each of them, from Defendant ENTERPRISE
6   RENT-A-CAR COMPANY OF LOS ANGELES, LLC.

7        17.    At the time that Defendants JIMMIE JOHNSON CHEVROLET and DOES
8   1 through 10, and each of them, agreed to obtain and pay for a rental car, Defendant
9   VIZCAINO was 19 years of age, had a provisional driver's license issued in the state of
10  Wisconsin and her car was in for repairs with Defendant JIMMIE JOHNSON
11  CHEVROLET and DOES 1 through 5, and each of them, due to damages in a prior
12  accident.

13       18.    On or about December 4, 2016, Defendants EAN HOLDINGS, LLC and
14  ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC and DOES 6
15  through 10, and each of them, maintained a rental policy that the minimum age for
16  renters or additional drivers was "21 years of age." The Rental Requirements further
17  stated, "Additional drivers must meet same rental qualifications as the renter except
18  spouse or domestic partner.  Additional drivers must appear at the rental counter with the
19  primary renter . . . Additional drivers must be 21 or older."

20       19.    Defendants EAN HOLDINGS, LLC and ENTERPRISE RENT-A-CAR
21  COMPANY OF LOS ANGELES, LLC and DOES 6 through 10, and each of them,
22  negligently and recklessly failed to enforce its rental policies and permitted an unfit,
23  unskilled, inexperienced driver, Defendant VIZCAINO to take possession of the rental
24  vehicle arranged for by Defendants JIMMIE JOHNSON CHEVROLET and DOES 1
25  through 5, and each of them.

26       20.    That as a result of a direct and proximate result of the negligence and
27  negligent entrustment of the Defendants, and DOES 1 through 10, and each of them,
28

5

COMPLAINT

1  Plaintiff sustained severe and permanent injuries to his body resulting in a "life flight"

2  emergency transport to a San Diego hospital where he underwent emergency surgeries.

3      21.    That as a further, direct, and proximate result of the negligence of the

4  defendants, and each of them, Plaintiff sustained severe and permanent injuries to his

5  body which will require future surgeries resulting in general damages for pain and

6  suffering in an amount according to proof.

7  **V.**    **<u>DAMAGES</u>**

8      22.    As a result of the acts and/or omissions of Defendants, and DOES 1

9  through 10, and each of them, Plaintiff REECE ALEXANDER GEMBEL has suffered

10  past and future:  Medical damages, Loss of Earnings / Earnings Capacity, Physical Pain,

11  Mental Suffering, Loss of Enjoyment of Life, Disfigurement, Inconvenience, Anxiety,

12  Grief, Humiliation, and Emotional Distress.

13      23.    The above and foregoing acts and/or omissions of Defendants, resulting in

14  serious injuries to Plaintiff REECE ALEXANDER GEMBEL, have caused actual

15  damages to Plaintiff in an amount in excess of the minimum jurisdictional limits of this

16  Court.

17  **<u>FIRST CAUSE OF ACTION</u>**

18  **(Negligence)**

19  **(BY PLAINTIFF REECE ALEXANDER GEMBEL AGAINST DEFENDANTS**

20  **EDWARD JOHN BROWN III, KIRK RAYMOND HEPPLER, JIMMIE**

21  **JOHNSON AUTOMOTIVE, INC., EAN HOLDINGS, LLC, ENTERPRISE RENT-**

22  **A-CAR COMPANY OF LOS ANGELES, LLC, DANIELLE VIZCAINO, and**

23  **DOES 1-10)**

24      24.    The allegations set forth in paragraphs 1 to 23 of this Complaint are

25  realleged and incorporated by reference as if fully set forth herein.

26      25.    On or about December 4, 2016, defendant VIZCAINO was the driver of the

27  black 2016 Ford Fusion, VIN #3FA6P0H70GR358500, license plate #7PQC673 (the

28  "subject vehicle").

COMPLAINT

26.     The Defendants and DOES 1 through 10, and each of them, owed a duty of care to Plaintiff. Defendants, and DOES 1 through 10, and each of them, breached the duty of care when Defendant VIZCAINO was permitted to operate the subject vehicle on December 4, 2016, in a negligent and dangerous manner, which directly and proximately caused serious and permanent injuries to Plaintiff.

27.     On or before December 4, 2016, Defendants JIMMIE JOHNSON CHEVROLET and DOES 1 through 5, and each of them, negligently procured and rented the subject vehicle from Defendants EAN HOLDINGS, LLC and ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC and DOES 6 through 10, and each of them, for Defendant VIZCAINO, knowing Defendant VIZCAINO was involved in a prior motor vehicle accident, would be the "additional driver" and that she was only 19 years old.

28.     On or before December 4, 2016, Defendant VIZCAINO appeared at the rental agency of defendant ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC and DOES 6 through 10, and each of them, with a probationary license issued from the State of Wisconsin identifying her as only 19 years old.

29.     In violation of the rental policy, Defendants EAN HOLDINGS, LLC, and ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC and DOES 6 through 10, and each of them, negligently provided the subject rental vehicle to Defendant VIZCAINO, aged 19, and negligently permitted her to operate the subject vehicle, which she negligently drove on December 4, 2016, causing permanent and serious injury to Plaintiff.

30.     In violation of the Defendants EAN HOLDINGS, LLC, and ENTERPRISE RENT-A-CAR COMPANY OF LOS ANGELES, LLC and DOES 6 through 10, and each of them, rental policy, Defendants, EDWARD JOHN BROWN III, KIRK RAYMOND HEPPLER and JIMMIE JOHNSON AUTOMOTIVE, INC. general partners doing business as the fictitious names "JIMMIE JOHNSON KEARNY MESA CHEVROLET" and "KEARNY MESA CHEVROLET", and DOES 1 through 5, and

1   each of them, negligently arranged for, paid for and permitted defendant VIZCAINO,

2   aged 19, to operate the rented subject vehicle on December 4, 2016.

3         31.    On December 4, 2016, at approximately 2:15 p.m., Defendant VIZCAINO

4   was operating the subject vehicle on Basilone Road South, Camp Pendleton, California

5   when she performed a negligent, dangerous, unsafe, and illegal U-turn maneuver on a

6   hilly section (approximately 5700 feet south of San Juan Road) of the roadway across a

7   double yellow line.

8         32.    On December 4, 2016, at approximately 2:15 p.m., Plaintiff was

9   riding/driving his 2007 Honda motorcycle in a safe and lawful manner on Basilone Road,

10   Camp Pendleton, California.

11         33.    Defendant VIZCAINO's negligent, dangerous, unsafe, and illegal U-turn

12   maneuver across a double yellow line created an obstruction on Basilone Road, impeding

13   the normal and reasonable movement of traffic.

14         34.    Defendant VIZCAINO's negligent, dangerous, unsafe, illegal U-turn

15   maneuver across a double yellow line caused Plaintiff to collide with the subject vehicle.

16         35.    The defendants, and each of them, directly and proximately caused the

17   injuries and damages suffered by Plaintiff.

18                              **SECOND CAUSE OF ACTION**

19                                 **(Negligent Entrustment)**

20   **(BY PLAINTIFF REECE ALEXANDER GEMBEL AGAINST DEFENDANTS**

21       **EDWARD JOHN BROWN III, KIRK RAYMOND HEPPLER, JIMMIE**

22   **JOHNSON AUTOMOTIVE, INC., EAN HOLDINGS, LLC, ENTERPRISE RENT-**

23       **A-CAR COMPANY OF LOS ANGELES, LLC, and DOES 1-10)**

24         36.    The allegations set forth in paragraphs 1 to 34 of this Complaint are

25   realleged and incorporated by reference as if fully set forth herein.

26         37.    On December 4, 2016, Defendant VIZCAINO was negligent, incompetent,

27   inexperienced, and/or reckless in the operation of the subject vehicle because she did not

28   possess the competence, skill, knowledge of the California *Vehicle Code* or "rules of the

COMPLAINT

1  road" to safely drive the subject vehicle when she performed a dangerous maneuver of a

2  U-turn across a solid double yellow line on the hilly section of Basilone Road South,

3  Camp Pendleton, California.

4       38.    The Defendants, EDWARD JOHN BROWN III, KIRK RAYMOND

5  HEPPLER and JIMMIE JOHNSON AUTOMOTIVE, INC. general partners doing

6  business as the fictitious names "JIMMIE JOHNSON KEARNY MESA CHEVROLET"

7  and "KEARNY MESA CHEVROLET", EAN HOLDINGS, LLC, and ENTERPRISE

8  RENT-A-CAR COMPANY OF LOS ANGELES, LLC, and DOES 1 through 10, and

9  each of them, knew or should have known that Defendant VIZCAINO, age 19, with only

10  a provisional license from Wisconsin, and whose vehicle was in for repairs due to a prior

11  accident, was incompetent or unfit to drive the subject vehicle because she did not have

12  experience, competence, skill or adequate knowledge of the California *Vehicle Code* or

13  basic "rules of the road."

14       39.    The Defendants, EDWARD JOHN BROWN III, KIRK RAYMOND

15  HEPPLER and JIMMIE JOHNSON AUTOMOTIVE, INC. general partners doing

16  business as the fictitious names "JIMMIE JOHNSON KEARNY MESA CHEVROLET"

17  and "KEARNY MESA CHEVROLET", EAN HOLDINGS, LLC, and ENTERPRISE

18  RENT-A-CAR COMPANY OF LOS ANGELES, LLC, and DOES 1 through 10, and

19  each of them, gave Defendant VIZCAINO permission to operate the subject vehicle.

20       40.    Defendant VIZCAINO's incompetence or unfitness to drive was a

21  substantial factor in causing injury, harm, and damage to Plaintiff on December 4, 2016.

22       41.    That as a result of a direct and proximate result of the negligent entrustment

23  by the Defendants, and DOES 1 through 10, and each of them, Plaintiff sustained severe

24  and permanent injuries to his body resulting in a "life flight" emergency transport to a

25  San Diego hospital where he underwent emergency surgeries.

26

27

28

9

COMPLAINT

## VI.  **CONCLUSION AND PRAYER**

For the reasons presented herein, Plaintiff prays that the Defendants be cited to appear and answer, and that upon a final trial of this cause, Plaintiff recover judgment against the Defendants for:

    a.  Actual damages;

    b.  Economic and non-economic damages;

    c.  Prejudgment and post-judgment interest at the maximum legal rate provided by law;

    d.  Costs of suit, and

    e.  All other relief, general and special, to which Plaintiff is entitled to at law and/or in equity, and/or which the Court deems proper.

Dated:  December 1, 2017          Respectfully submitted,

LAW OFFICES OF RICHARD A. JONES

By _____
JARRICK GOLDHAMER
(State Bar No. 299638)
RICHARD A. JONES
(State Bar No. 117679)
ric@ricjoneslegal.com
laurie@ricjoneslegal.com
1820 E. 17th Street
Santa Ana, CA 92705
Tel: (714) 480-0200
Fax: (714) 480-0423
Attorney For Plaintiff,
REECE ALEXANDER GEMBEL

10
COMPLAINT

1

## DEMAND FOR JURY

2

3        Plaintiff hereby demands a trial of all causes of action by jury.

4

5   Dated:  December 1, 2017          LAW OFFICES OF RICHARD A. JONES

6

7

8

9        By

10                JARRICK GOLDHAMER
                 RICHARD A. JONES
11               Attorneys for Plaintiff,
                 REECE ALEXANDER GEMBEL
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11
COMPLAINT